BURTON E. HARRIS, Respondent, v. HAMPTON HOTEL CORPORATION, Appellant, et al., Defendant.— Appeal

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.